1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

12  This Document Relates to:                    )
                                                 )
13  *Donald Whitman, et al. v. Pfizer Inc*       )   **MDL NO. 1699**
    (06-1350 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                               )
    *Mildred Hance v. Pfizer Inc, et al.*        )
15  (06-1718 CRB)                                )
                                                 )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )  **STIPULATION AND ORDER OF**
    (06-2621 CRB)                                )       **DISMISSAL WITH PREJUDICE**
17                                               )
    *Rafaela Roman Velez, et al. v. Astra Merck,* )
18  *Inc., et al.*                               )
    (06-2649 CRB)                                )
19                                               )
    *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20  *Inc., et al.*                               )
    (06-2658 CRB)                                )
21                                               )
    *Teresita Falcon Matos, et al. v. Astra Merck,* )
22  *Inc., et al.*                               )
    (06-2660 CRB)                                )
23                                               )
    *Ronny Maria Sanders, et al. v. Pfizer Inc*  )
24  (06-2681 CRB)                                )
                                                 )
25  *Lori Sargent et al. v. Pfizer Inc*          )
    (06-3675 CRB)                                )
26                                               )
    *James Hall, et al. v. Pfizer Inc*           )
27  (06-3676 CRB)                                )
                                                 )
28  *John Hayhurst v. Pfizer Inc, et al.*        )

                                        -1-

                    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42581180.1

| | |
|---|---|
| 1 | (06-3758 CRB) ) |
| 2 | *Bill Casillas, et al. v. Pfizer Inc, et al.* ) |
| 3 | (06-3958 CRB) ) |
| 4 | *Patricia Knudsen v. Pfizer Inc, et al.* ) |
|   | (06-4043 CRB) ) |
| 5 | *Betty Moncrief, et al. v. Pfizer Inc, et al.* ) |
| 6 | (06-4100 CRB) ) |
| 7 | *Annette Edelen, et al. v. Pfizer Inc, et al.* ) |
|   | (06-4147 CRB) ) |
| 8 | *Debbie Mitchell v. Pfizer Inc, et al.* ) |
| 9 | (06-4296 CRB) ) |
| 10 | *Joseph Gastaldi, et al. v. Pfizer Inc, et al.* ) |
|   | (06-4362 CRB) ) |
| 11 | *Demetrio Rubio v. Pfizer Inc, et al.* ) |
| 12 | (06-4449 CRB) ) |
| 13 | *Earlene McBride, et al. v. Pfizer Inc, et al.* ) |
|   | (06-4462 CRB) ) |
| 14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.* ) |
| 15 | (6-4463 CRB) ) |
| 16 | *Virginia Thorne v. Pfizer Inc, et al.* ) |
|   | (06-4464 CRB) ) |
| 17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.* ) |
| 18 | (06-4586 CRB) ) |
| 19 | *Annie White, et al. v. Pfizer Inc, et al.* ) |
|   | (06-4678 CRB) ) |
| 20 | *Martha Stevens, et al. v. Pfizer Inc, et al.* ) |
| 21 | (06-4920 CRB) ) |
| 22 | *Janette Smith v. Pfizer Inc, et al.* ) |
|   | (06-4977 CRB) ) |
| 23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.* ) |
| 24 | (06-5272 CRB) ) |
| 25 | *Dawna Garza v. Pfizer Inc, et al.* ) |
|   | (06-5416 CRB) ) |
| 26 | *Ralph Adams, et al. v. Pfizer Inc, et al.* ) |
| 27 | (06-5591 CRB) ) |
| 28 | *Albert Leong v. Pfizer Inc, et al.* ) |
|   | (06-5666 CRB) ) |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

1
2   *Catherine Connolly, et al. v. Pfizer Inc, et al.*
    (06-5738 CRB)

3   *Randy Masker, et al. v. Pfizer Inc, et al.*
    (06-5739 CRB)
4
5   *Charlie Rhome, et al. v. Pfizer Inc, et al.*
    (06-5740 CRB)

6   *Paulette Balda, et al. v. Pfizer Inc, et al.*
    (06-5765 CRB)
7
8   *William Halpin, et al. v. Pfizer Inc, et al.*
    (06-5777 CRB)

9   *Patricia Howard, et al. v. Pfizer Inc, et al.*
    (06-5916 CRB)
10
11  *Alice Ryan, et al. v. Pfizer, Inc, et al.*
    (06-5917 CRB)

12  *William Coleman, et al. v. Pfizer Inc, et al.*
    (06-5918 CRB)
13
14  *Monica Mittag, et al. v. Pfizer Inc, et al.*
    (06-5919 CRB)

15  *Cynthia Smith, et al. v. Pfizer Inc, et al.*
    (06-5963 CRB)
16
17  *John Roof v. Pfizer Inc, et al.*
    (06-5964 CRB)

18  *Lynda Jack, et al. v. Pfizer Inc, et al.*
    (06-5965 CRB)
19
20  *Ernest Grant v. Pfizer Inc, et al.*
    (06-5970 CRB)

21  *Alice L. Pettit, et al. v. Pfizer Inc, et al.*
    (06-5973 CRB)
22
23  *Wade Smith, et al. v. Pfizer Inc, et al.*
    (06-5975 CRB)

24  *Richard Gilmore, et al. v. Pfizer Inc, et al.*
    (06-5977 CRB)
25
26  *Sergio Estrada v. Pfizer Inc, et al.*
    (06-5978 CRB)

27  *John Vallee, et al. v. Pfizer Inc, et al.*
    (06-5981 CRB)
28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 | *Betty Scott, et al. v. Pfizer Inc, et al.* )
    (06-5983 CRB) )

2 | )

3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.* )
    (06-6058 CRB) )

4 | *Dennis Johns, et al. v. Pfizer Inc, et al.* )
    (06-6059 CRB) )

5 | )

6 | *Marion Walker, et al. v. Pfizer Inc, et al.* )
    (06-6060 CRB) )

7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* )
    (06-6061 CRB) )

8 | )

9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.* )
    (06-6062 CRB) )

10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.* )
     (06-6064 CRB) )

11 | )

12 | *Carol Pellini, et al. v. Pfizer Inc, et al.* )
     (06-6065 CRB) )

13 | *Antonio Pratts v. Pfizer Inc, et al.* )
     (06-6066 CRB) )

14 | )

15 | *Mark Childs v. Pfizer Inc, et al.* )
     (06-6067 CRB) )

16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* )
     (06-6068 CRB) )

17 | )

18 | *James E. Garver, et al. v. Pfizer Inc, et al.* )
     (06-6070 CRB) )

19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* )
     (06-6071 CRB) )

20 | )

21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.* )
     (06-6073 CRB) )

22 | *Sharon Payne, et al. v. Pfizer Inc, et al.* )
     (06-6075 CRB) )

23 | )

24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.* )
     (06-6083 CRB) )

25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.* )
     (06-6084 CRB) )

26 | )

27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.* )
     (06-6087 CRB) )

28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* )

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

| | |
|---|---|
| 1 | (06-6088 CRB) ) |
| 2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.* )<br>(06-6089 CRB) ) |
| 3 | ) |
| 4 | *Willie Vaughn v. Pfizer Inc, et al.* )<br>(06-6092 CRB) ) |
| 5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.* )<br>(06-6093 CRB) ) |
| 6 | ) |
| 7 | *Douglas Horton v. Pfizer Inc, et al.* )<br>(06-6094 CRB) ) |
| 8 | *June N. Bell v. Pfizer Inc, et al.* )<br>(06-6095 CRB) ) |
| 9 | ) |
| 10 | *Jerry Rice, et al. v. Pfizer Inc, et al.* )<br>(06-6096 CRB) ) |
| 11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.* )<br>(06-6097 CRB) ) |
| 12 | ) |
| 13 | *Steven Woods, et al. v. Pfizer Inc, et al.* )<br>(06-6098 CRB) ) |
| 14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.* )<br>(06-6116 CRB) ) |
| 15 | ) |
| 16 | *April Froehlich, et al. v. Pfizer Inc, et al.* )<br>(06-6117 CRB) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

EASTW2581180.1

DATED: /0 - 29 , 2009          By: _____

                                 **WEITZ & LUXENBERG, PC**
                                   700 Broadway
                                   New York, New York 10003
                                   Telephone: 212-558-5000
                                   Facsimile: 212-344-5461

                                   *Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009          By: _____

                                   **DLA PIPER LLP (US)**
                                   1251 Avenue of the Americas
                                   New York, New York 10020
                                   Telephone: 212-335-4500
                                   Facsimile: 212-335-4501

                                   *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**

                             Hon. Charles R. Breyer
                             United States District Court

-6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**